**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1005**

IRENE F. HAIRSTON; PEGGY M. H. ROBINS; DELORIS A. MCKNIGHT,

Plaintiffs - Appellants,

v.

WILLIAM WALKER, Esquire; BRENT STEVENS, Esquire; CRAIG, BRAWLEY, LUPFERT & WALKER, STEVENS, L.L.P.,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., District Judge. (1:06-cv-00102-NCT-WWD)

Submitted: May 29, 2008              Decided: June 4, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Irene F. Hairston, Peggy M. H. Robins, Deloris A. McKnight, Baton Rouge, Louisiana, for Appellants. William Watts Walker, CRAIG, BRAWLEY, LUPFERT & WALKER, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irene F. Hairston, Peggy M. H. Robins, and Deloris A. McKnight appeal from the district court's order dismissing their civil complaint and denying their motion for reconsideration, Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hairston v. Walker, No. 1:06-cv-00102-NCT-WWD (M.D.N.C. July 19 & Oct. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED